NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3170

SCOT R. WINLOCK, SR.,

Petitioner,

v.

DEPARTMENT OF HOMELAND SECURITY,

Respondent.

Petition for review of the Merit Systems Protection Board in DA0752080261-I-1.

ON MOTION

ORDER

Upon consideration of Scot R. Winlock, Sr.'s motion for an extension of time to file the joint appendix,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JAN 1 3 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Morris E. Fischer, Esq.
     Hillary A. Stern, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 1 3 2010

JAN HORBALY
CLERK